AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WAUSAU UNDERWRITERS INSURANCE COMPANY and EMPLOYERS INSURANCE COMPANY OF WAUSAU f/k/a EMPLOYERS INSURANCE OF WAUSAU (A MUTUAL COMPANY),<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DM FARMS OF ROSE HILL, LLC, MURPHY FAMILY VENTURES, LLC, PSM ASSOCIATES, LLC, MURPHY FARMS, INC., and MURPHY-BROWN, LLC,<br>　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:07-CV-208-F** |

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that the Defendants' Motion to Dismiss is ALLOWED and this action is DISMISSED without prejudice. Defendants' alternative request to stay this action is DENIED as MOOT.

　　THE ABOVE JUDGMENT WAS ENTERED TODAY, **May 21, 2008**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Joseph W. Eason  
P.O. Box 30519  
Raleigh, NC 27622-0519

Leslie C. Lane  
4140 Parklake Ave., Suite 200  
Raleigh, NC 27612

Henry Little Kitchin, Jr.  
P.O. Box 599  
Wilmington, NC 28402

Jason Doughton Evans  
L.D. Simmons, II  
Stephen D. Allred  
P.O. Box 31247  
Charlotte, NC 28231-1247

May 21, 2008  
Date

DENNIS P. IAVARONE  
Clerk of Court

　/s/ Susan K. Enyart

*Wilmington, North Carolina*　　　　　　　　　　　*(By) Deputy Clerk*